|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Amanda Seabock,, Center of Disability Access<br>8033 Linda Vista Road, Suite 200<br>San Diego , Ca 92111<br>TELEPHONE NO:      FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | POS-010<br>FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME:    Northern District of California | |
| PLAINTIFF / PETITIONER:    Gomez<br>DEFENDANT / RESPONDENT:    Decker Bullock Dreyfus Inc., et. al | CASE NUMBER:<br>3:21-cv-07147-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>6295456 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice Of Consent To Electronic Service; Civil Cover Sheet; Certificate of Interested Entities; Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under America(5);Civil-Standing-Order; settlement-conference-standing-order; Standing_Order_All_Judges; Advisory Notice To Defendant [Per California Civil Code 55.54(A)(1)]; State Law Requires That You Get This Important Advisory Information For Building Owners And Tenants [Per California Civil Code 55.3(B)(1)(A)]; Defendant's Application Pursuant To Civil Code Section 55.54 Case Number: For Stay And Early Evaluation Conference; Notice Of Stay Of Proceedings And Early Evaluation Conference
3. a. Party served *(specify name of party as shown on documents served)*:
      Gates Estates, Inc. a California Corporation
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Agent for Service of Process: ELISABETH ROSE BERTOLUCCI
4. Address where the party was served:
   6550 Washington Street Yountville, CA 94599
5. I served the party *(check proper box)*
   a. [X] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 11/9/2021    (2) at *(time)*: 2:59 PM
   b. [ ] **by substituted service**. On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
          from *(city)*:    or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Page 1 of 2
Code of Civil Procedure, § 417.10

| PLAINTIFF / PETITIONER: Gomez | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Decker Bullock Dreyfus Inc., et. al | 3:21-cv-07147-SK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:      (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: Gates Estates, Inc. a California Corporation
    under the following Code of Civil Procedure section:
    ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: Gina Silva
  b. Address: Solano Legal, Inc 710 Empire Street Fairfield, CA 94533
  c. Telephone number: (707) 426-6066
  d. **The fee** for service was: $ 35
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner    ☐ employee    ☒ independent contractor
      (ii) Registration No: 395
      (iii) County: Solano

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:
Gina Silva                                *(signed)* Gina Silva
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)      (SIGNATURE)