UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES GOMEZ,

    Plaintiff,

v.

GATES ESTATES, INC.,

    Defendant.

No. C 21-07147 WHA

**ORDER RE MOTION TO EXTEND TIME TO ANSWER**

Plaintiff shall file a response to defendant's motion at Dkt. No. 17, if any, by **DECEMBER 1 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 28, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE