```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2              IN AND FOR THE COUNTY OF LOS ANGELES

 3

 4   ANDRES GOMEZ,

 5         Plaintiff,

 6         vs.                                  NO. 12STCV17753

 7   ASLAN CATERING, INC.,

 8         Defendants.

 9   _____

10

11              DEPOSITION OF ANDRES GOMEZ

12                 APPEARING REMOTELY FROM

13                    MIAMI, FLORIDA

14

15                    JULY 9, 2021

16                     10:03 A.M.

17

18

19

20

21

22   REPORTED BY:

23   Celeste J. Silva

24   CSR No. 10179

25   APPEARING REMOTELY FROM TULARE COUNTY, CALIFORNIA
```

**EXHIBIT A**

```
 1     REMOTE APPEARANCES:

 2

 3     For the Plaintiff:

 4         POTTER HANDY
           BRAD SMITH, ESQ.
 5         8033 Linda Vista Road, Suite 200
           San Diego, California  92111
 6         (858)375-7385
           russ@potterhandy.com
 7


 8
       For the Defendant:
 9
           SAHELIAN LAW OFFICES
10         ARA SAHELIAN, ESQ.
           23276 South Pointe Drive, Suite 216
11         Laguna Hills, California  92653
           (949)859-9200
12         sahelianlaw@me.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        REPORTED REMOTELY FROM TULARE COUNTY, CALIFORNIA
 2                         JULY 9, 2021
 3
 4                         ANDRES GOMEZ
 5      having been first duly sworn, testifies as follows:
 6
 7                         EXAMINATION
 8   BY MR. SAHELIAN:
 9      Q    Mr. Gomez, good morning.
10      A    Good morning.
11      Q    Are what time is it in Florida right now?
12      A    1 p.m.
13      Q    All right.  Have you had your deposition taken
14   previously?
15      A    I have, yes.
16      Q    How many times?
17      A    I believe around four times.
18      Q    What city was each taken in?
19      A    They were all in Florida -- oh, I'm sorry, I
20   believe one in California as well.
21      Q    When was the one in California taken?
22      A    I believe 2015.
23      Q    And what was that in relation to?
24      A    An ADA case.
25      Q    What were the issues in this case, factual
```

```
 1            (A recess was taken.)
 2    BY MR. SAHELIAN:
 3       Q    Okay.  As we speak today, are you employed?
 4       A    No, I'm not.
 5       Q    When was the last time you held a job?
 6       A    The last time I held a job was the factory I
 7    had mentioned, factory job I had.
 8       Q    Okay.  And what year was that again?
 9       A    2010, around '10 or '9.
10       Q    Okay.  How do you pay the bills without a job?
11       A    I was receiving Social Security disability and
12    SSI as well.
13       Q    When did you begin receiving --
14       A    I started receiving it around 2000 -- I believe
15    2011.
16       Q    Do you live by yourself?
17       A    No, I do not.
18       Q    Who do you live with?
19       A    My girlfriend.
20       Q    What's her name?
21       A    Leslie Salazar.
22       Q    And that's in Miami?
23       A    That's correct.
24       Q    Okay.  Does the Social Security disability also
25    provide medical insurance?
```

```
 1     Q    All right.  When was your last trip to
 2   California?
 3     A    March of 2021.
 4     Q    March of 2020?
 5     A    2021, this year.
 6     Q    How long did you stay in California?
 7     A    I was there for two months.
 8     Q    Where did you stay?
 9     A    I stayed at my aunt's house.
10     Q    And what was her -- strike that.
11          What city was she in?
12     A    El Monte, California.  It's E-L M-O-N-T --
13   M-O-N-T-E, El Monte, California.
14     Q    All right.  So you went to the airport sometime
15   in March in Miami I'm assuming, correct?
16     A    No.
17     Q    Did you drive out?
18     A    Yeah, we did a road trip.
19     Q    Okay.  And who drove?
20     A    My girlfriend.
21     Q    All right.  How long did it take you to drive
22   out here?
23     A    Three days.
24     Q    30 days?
25     A    Three.
```

```
 1     A     Yes, of course, yes, I do.
 2     Q     Okay.  When do you plan to come back?
 3     A     I plan to come back in the next -- in a couple
 4  of months, maybe three to four months.
 5     Q     What would the purpose be?
 6     A     The purpose is to visit family.  I have 40
 7  family members that live all over California.
 8     Q     Okay.  Do you plan to come out here again
 9  having your girlfriend drive you?
10     A     I don't know.  That's a good question.  Maybe.
11  I'm not sure.
12     Q     If your girlfriend is employed and cannot drive
13  you here, how do you plan on coming out here?
14     A     I would go with a family member or a friend.
15     Q     Meaning drive?
16     A     No, not necessarily.  We can either even -- we
17  can just take a plane or we can take a train.
18     Q     All right.  Do you have a fear of flying?
19     A     No, I don't, no.
20     Q     Do you enjoy flying?
21     A     It's not bad, yeah.
22     Q     Okay.  Is there any reason why you don't fly
23  out to California?
24     A     I have.
25     Q     Okay.  When is the last time you flew out?
```

```
 1    STATE OF CALIFORNIA    )
                             ) ss.
 2    COUNTY OF TULARE       )

 3

 4              I, CELESTE SILVA, a Certified Shorthand

 5    Reporter of the State of California, do hereby

 6    certify:

 7              That prior to being examined, the witness

 8    in the foregoing proceedings was by me duly sworn to

 9    testify to the truth, the whole truth and nothing

10    but the truth;

11              That said proceedings were taken remotely

12    before me at the time and place therein set forth

13    and were take down by me in shorthand and thereafter

14    transcribed into typewriting under my direction and

15    supervision;

16              I further certify that I am neither

17    counsel for, nor related to, any parties to said

18    proceedings, nor in anyway interested in the outcome

19    thereof.

20              In witness whereof, I have hereunto

21    subscribed my name.

22

23    DATED: July 26, 2021

24    _Celeste Silva_

25    _____
      CELESTE SILVA, CSR 10179
```