CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,** | Case No. 3:21-cv-07147-WHA |
| Plaintiff, | |
| v. | **Declaration of Andres Gomez** |
| **Gates Estates, Inc.**, a California Corporation dba Vintage Sotheby's Int'l Realty | |
| Defendant. | |

1. I, the undersigned, am the plaintiff in this action. I can competently testify to the following based on my own knowledge and experience.

2. I am legally blind with extremely limited visual acuity. However, I am able to use the internet with the use of assistive technology, primarily screen-reader software that translate images and text into an audio format. I am able to use both my phone as well as a computer with this assistance.

3. I currently reside near Miami, Florida, but I also maintain a residence in Southern California. My family is in California

1

and I have traveled to and from California my entire life. I enjoy my time in the state, and have considered moving to the state full-time.

4. With respect to real estate on the Sotheby's website, I like upscale areas. I currently live in Coral Gables, considered the "Beverly Hills" of Miami. I often dream of buying property in other places, and Napa is one of my dream destinations.

5. It is unlikely that I would purchase a home in the near-term from one of the listings offered by the Defendant in this case, however there is value to me in consuming the information provided in real estate listings regardless of any specific plans to purchase those listings.

6. One of the services and/or privileges provided by realtors, including the Defendant's website in this case, are active listings by those companies. I enjoy window shopping those listings to get an idea of what it costs to live in the area and I like imagining moving there.

7. While I do not presently have an intention to buy any specific property at a specific time, I have a general interest in keeping up with the real estate markets. Being aware of developments in high-end real estate markets both provides me entertainment and motivates me to develop my assets in a way that might enable me to purchase property in the future.

8. I believe Sotheby's business model encourages people like me to view their listings to further the image of prestige and exclusivity of their business. The same prestige that draws

Decl. of Gomez

in clients attracts interest from individuals who dream of potentially owning the homes they sell.

9. It is my understanding that the privilege of viewing listings of Sotheby's is not limited to clients of the company, and in fact, excluding me as a potential buyer would be a discriminatory act. I am not aware of any requirement that I engage in their realtor services in order to view their listings. I was not prompted to enter any credentials on the website to do so.

10. Window shopping and dreaming about real estate is a hobby of mine. I occasionally buy lottery tickets and dream of buying homes in expensive areas such as the Napa Valley area. I do not believe that my ability or inability to currently purchase property should result in my exclusion from the privilege of viewing listings that are publicly listed on the site.

11. I am aware that Sotheby's has a physical location in the Napa Valley area. While I'm interested in the services of the office offered online, I do not have any present intention to visit that office. As a visually impaired individual, physically visiting the business for any reason would be fundamentally less useful to me than using the website or telephone. Even if I was sitting in the lobby of the business and the business had the same listings as flyers available to the public, those would be of limited or no use to me and I would find browsing the listings on my phone more useful.

12. I have sued real estate companies in just two locations, the Northern District of California, in the Napa

3

Decl. of Gomez

1  Valley area, as well as in the Southern District of Florida.
2  These are two of the areas I enjoy dreaming about buying
3  property.
4  13.   I am also an ADA advocate and tester. During my
5  visits to various websites, such as the realtor involved in
6  this suit, I am verifying that the site complies with the ADA.
7  I will continue to have my personal interest in viewing Napa
8  Valley real estate, and I will return to the website to confirm
9  accessibility in the future.
10 14.   I declare under penalty of perjury under the laws of
11 the State of California the above is true and correct.

Dated: February 14, 2022

By: *Andres Gomez*
Andres Gomez
Plaintiff